Michael C. Ormsby
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 16 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 10-CR-00114-WFN |
| Plaintiff, ) | SUPERSEDING INDICTMENT |
| vs. ) | Vio: 18 U.S.C. § 922(g)(1) and 924 |
| WAYDE LYNN KURT, ) | Felon in Possession of a Firearm |
| Defendant. ) | |

The Grand Jury Charges:

COUNT 1

On or about August 21, 2010, in the Eastern District of Washington, WAYDE LYNN KURT having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, to wit: a Sig Sauer model P226, 9mm caliber pistol, serial number U819541; a Next Generation Arms, model MP168SPC, 5.56 caliber rifle, serial number 2009-0194; and a Romarn/Cugir model GP WASR 10/63 UF 7.62 caliber rifle, serial number HP-1962-77, which firearms had theretofore been transported in interstate and foreign commerce; all in violation of

///

///

///

SUPERSEDING INDICTMENT - 1
P01115lc.EHF.wpd

1  18 U.S.C. §§ 922(g)(1) and 924.

2  DATED this 16th day of November, 2010.

3                                          A TRUE BILL

4

5  *Thomas O. Rice, FAUSA*

6  ~~for~~ Michael C. Ormsby
   United States Attorney

7

8  *Earl A. Hicks*
   Earl A. Hicks
9  Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERSEDING INDICTMENT - 2
P01115lc.EHF.wpd