1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Earl A. Hicks
3  Stephanie Van Marter
   Assistant United States Attorney
4  Post Office Box 1494
   Spokane, WA 99210-1494
5  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 25 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,   )
                            )   10-CR-00114-WFN
         Plaintiff,         )
                            )   SECOND SUPERSEDING
   vs.                      )        INDICTMENT
                            )
WAYDE LYNN KURT,            )   Vio: 18 U.S.C. §§ 922(g)(1) and
                            )        924
         Defendant.         )
                            )   Felon in Possession of a
                            )   Firearm

The Grand Jury Charges:

COUNT 1

On or about August 21, 2010, in the Eastern District of Washington, WAYDE LYNN KURT having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess firearms, to wit: a SIG Sauer P226 9mm handgun, serial number U819541; a Next Generation AR-15 semiautomatic rifle model 556, serial number 2009-0194, barrel serial number 370019; a WASR10, AK-47 Varient semiautomatic rifle, serial number HP-1962-77; Saiga 7.62 Rifle; and .38 Revolver, which

//
//
//

SECOND SUPERSEDING INDICTMENT - 1
08-23-11 Kurt Second Superseding Indictment.wpd

firearms had theretofore been transported in interstate and foreign commerce; all in violation of 18 U.S.C. §§ 922(g)(1) and 924.

DATED this 23RD day of August, 2011.

A TRUE BILL

Michael C. Ormsby
United States Attorney

Earl A. Hicks
Assistant United States Attorney

Stephanie Van Marter
Assistant United States Attorney

SECOND SUPERSEDING INDICTMENT - 2
08-23-11 Kurt Second Superseding Indictment.wpd